MABEL H. ANGELL, Respondent, *v.* TOWN OF CHATHAM, Appellant.

*Angell* v. *Town of Chatham*, 154 App. Div. 915, affirmed.
(Argued January 21, 1915; decided February 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 4, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant in permitting an encroachment upon a public highway.

*John C. Dardess* for appellant.

*John T. Norton* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.

---

SCHENECTADY CONTRACTING COMPANY, Respondent, *v.* THE CITY OF SCHENECTADY, Appellant.

*Schenectady Contracting Co.* v. *City of Schenectady*, 153 App. Div. 932, affirmed.
(Argued January 22, 1915; decided February 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 14, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action on contract.

*Edward D. Cutler, Corporation Counsel* (*Stephen A. Wolongiewicz* of counsel), for appellant.

*William Dewey Loucks* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.